# Exhibit C

:::
:::

Client: -None-    Folders    History    🔔    Help    🌙 ⚪ ☀️ ⋮

## Search Within History ∧

Enter search terms

## Date ∧

✓ Wed, Apr 15, 2026                                                                27

Select Multiple

## Type ∧

| ☐ Document View | 12 |
| ☐ Legal Search | 8 |
| ☐ Legal News Hub Search | 3 |
| ☐ Download | 2 |
| ☐ Legal News Hub Article View | 2 |

Select Multiple

## Client ∧

| ☐ -None- | 27 |

## Originated In ∧

| ✓ Lexis+® | 27 |

History ²⁷        Share

Wed, Apr 15, 2026    Lexis+®    Clear



Sort By:    Date Saved (Newest)    ⌄

**1.**

### Light v. St. Albans Police Dep't, 2025 U.S. Dist. LEXIS 153476

Lexis+®  |  Document View  |  -None-  |  15 Apr 2026 04:10:00 p.m. EDT

**Content Type:** Cases

**Terms:**

⌄  Narrowed By:

**2.**

### Sanger v. Dodrill, 675 F. Supp. 3d 638

Lexis+®  |  Document View  |  -None-  |  15 Apr 2026 04:09:30 p.m. EDT

**Content Type:** Cases

**Terms:**

⌄  Narrowed By:

**3.**

### Simmons v. Balt. City Police Dep't, 2021 U.S. Dist. LEXIS 146305

Lexis+®  |  Document View  |  -None-  |  15 Apr 2026 04:07:54 p.m. EDT

**Content Type:** Cases

**Terms:**

⌄  Narrowed By:

**4.**

### Williams v. City of Charlotte (In re Est. of Williams), 2024 U.S. Dist. LEXIS 198464

Lexis+®  |  Document View  |  -None-  |  15 Apr 2026 04:05:40 p.m. EDT

**Content Type:** Cases

**Terms:**

⌄  Narrowed By:

Case 1:24-cv-00037-MR    Document 106-4    Filed 06/09/26    Page 3 of 13

**5.**

## violation of pursuit policy 1983

Lexis+® | Legal Search | -None- | 15 Apr 2026 04:05:03 p.m. EDT

Content Type: Cases
Terms: violation of pursuit policy 1983

˅ Narrowed By:

**6.**

## Download: Corbitt v. Balt. City Police Dep_t_675 F. Supp. 3d 578

Lexis+® | download | -None- | 15 Apr 2026 04:00:24 p.m. EDT

Content Type: Cases
Terms: violation of pursuit policy 1983

˅ Narrowed By:
˅ Items:

**7.**

## 1983 verdicts

Lexis+® | Legalnewshub Search | -None- | 15 Apr 2026 02:12:23 p.m. EDT

Content Type: -None-
Terms:

˅ Narrowed By:

**8.**

## High Court Won't Review Cases Involving Collective Action, FMLA, Retaliation, More

Lexis+® | Legalnewshubarticle View | -None- | 15 Apr 2026 02:12:07 p.m. EDT

Content Type: -None-
Terms:

˅ Narrowed By:

**9.**

## 1983 verdicts

Lexis+® | Legalnewshub Search | -None- | 15 Apr 2026 02:08:09 p.m. EDT

Content Type: -None-
Terms:

⌄  Narrowed By:

---

10.

**Federal Jury Awards Trucker $5M In Employment Discrimination Suit**

Lexis+® | Legalnewshubarticle View | -None- | 15 Apr 2026 02:07:53 p.m. EDT

Content Type: -None-
Terms:

⌄  Narrowed By:

---

11.

**1983 verdicts**

Lexis+® | Legalnewshub Search | -None- | 15 Apr 2026 02:07:19 p.m. EDT

Content Type: -None-
Terms:

⌄  Narrowed By:

---

12.

**Download: S.A. v. Harbilas_2025 U.S. Dist. LEXIS 220560**

Lexis+® | download | -None- | 15 Apr 2026 02:02:56 p.m. EDT

Content Type: Cases
Terms: supervisory liability 1983

⌄  Narrowed By:
⌄  Items:

---

13.

**Corbitt v. Balt. City Police Dep't, 675 F. Supp. 3d 578**

Lexis+® | Document View | -None- | 15 Apr 2026 02:02:14 p.m. EDT

Content Type: Cases

Case 1:24-cv-00037-MR    Document 106-4    Filed 06/09/26    Page 5 of 13

Terms:

> ⌄ Narrowed By:

14. **Thomas v. McFadden, 2025 U.S. Dist. LEXIS 186309**

Lexis+® | Document View | -None- | 15 Apr 2026 02:02:14 p.m. EDT

Content Type: Cases
Terms:

> ⌄ Narrowed By:

15. **S.A. v. Harbilas, 2025 U.S. Dist. LEXIS 220560**

Lexis+® | Document View | -None- | 15 Apr 2026 02:02:13 p.m. EDT

Content Type: Cases
Terms:

> ⌄ Narrowed By:

16. **S.A. v. Harbilas, 2025 U.S. Dist. LEXIS 220560**

Lexis+® | Document View | -None- | 15 Apr 2026 11:50:08 a.m. EDT

Content Type: Cases
Terms:

> ⌄ Narrowed By:

17. **supervisory liability 1983**

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:49:33 a.m. EDT

Content Type: Cases
Terms: supervisory liability 1983

> ⌄ Narrowed By:

**18.** **supervisory liability 1983**

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:48:35 a.m. EDT

Content Type: Cases

Terms: supervisory liability 1983

⌄ Narrowed By:

**19.** **Corbitt v. Balt. City Police Dep't, 675 F. Supp. 3d 578**

Lexis+® | Document View | -None- | 15 Apr 2026 11:40:04 a.m. EDT

Content Type: Cases

Terms:

⌄ Narrowed By:

**20.** **violation of pursuit policy 1983**

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:39:58 a.m. EDT

Content Type: Cases

Terms: violation of pursuit policy 1983

⌄ Narrowed By:

**21.** **violation of chase policy 1983**

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:39:45 a.m. EDT

Content Type: Cases

Terms: violation of chase policy 1983

⌄ Narrowed By:

**22.** **Thomas v. McFadden, 2025 U.S. Dist. LEXIS 186309**

Lexis+® | Document View | -None- | 15 Apr 2026 11:33:57 a.m. EDT

Case 1:24-cv-00037-MR    Document 106-4    Filed 06/09/26    Page 7 of 13

Content Type: Cases

Terms:

⌄ Narrowed By:

---

23.

**Tiffany Ngo v. Wash. Cnty., 2025 U.S. Dist. LEXIS 193269**

Lexis+® | Document View | -None- | 15 Apr 2026 11:33:46 a.m. EDT

Content Type: Cases

Terms:

⌄ Narrowed By:

---

24.

**Tiffany Ngo v. Wash. Cnty., 2025 U.S. Dist. LEXIS 193269**

Lexis+® | Document View | -None- | 15 Apr 2026 11:32:54 a.m. EDT

Content Type: Cases

Terms:

⌄ Narrowed By:

---

25.

**42 usc 1983 negligent hiring**

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:31:14 a.m. EDT

Content Type: Cases

Terms: 42 usc 1983 negligent hiring

⌄ Narrowed By:

---

‹ **1** 2 ›

About

Privacy Policy

Processing Notice

**Customer Support**

Live Chat Support

On Demand Training

Copyright © 2026 LexisNexis.

Case 1:24-cv-00037-MR    Document 106-4    Filed 06/09/26    Page 8 of 13

Cookie Policy                    1-800-543-6862

Terms & Conditions

Case 1:24-cv-00037-MR    Document 106-4    Filed 06/09/26    Page 9 of 13

⠿

**Client:** -None-    Folders    History    🔔    Help    🌙 ⬤ ☀️    ⋮

---

**Search Within History** ⌃

Enter search terms

---

**Date** ⌃

✓ Wed, Apr 15, 2026    8

Select Multiple

---

**Type** ⌃

✓ Legal Search    8

Select Multiple

---

**Client** ⌃

☐ -None-    8

---

**Originated In** ⌃

✓ Lexis+®    8

---

**History** 8    Share

Wed, Apr 15, 2026    Legal Search    Lexis+®    Clear

Sort By: Date Saved (Newest)

1.

### violation of pursuit policy 1983

Lexis+® | Legal Search | -None- | 15 Apr 2026 04:05:03 p.m. EDT

**Content Type:** Cases

**Terms:** violation of pursuit policy 1983

⌄ Narrowed By:

2.

### supervisory liability 1983

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:49:33 a.m. EDT

**Content Type:** Cases

**Terms:** supervisory liability 1983

⌄ Narrowed By:

3.

### supervisory liability 1983

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:48:35 a.m. EDT

**Content Type:** Cases

**Terms:** supervisory liability 1983

⌄ Narrowed By:

4.

### violation of pursuit policy 1983

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:39:58 a.m. EDT

**Content Type:** Cases

**Terms:** violation of pursuit policy 1983

⌄ Narrowed By:

Case 1:24-cv-00037-MR    Document 106-4    Filed 06/09/26    Page 11 of 13

5.

### violation of chase policy 1983

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:39:45 a.m. EDT

**Content Type:** Cases

**Terms:** violation of chase policy 1983

⌄ Narrowed By:

6.

### 42 usc 1983 negligent hiring

Lexis+® | Legal Search | -None- | 15 Apr 2026 11:31:14 a.m. EDT

**Content Type:** Cases

**Terms:** 42 usc 1983 negligent hiring

⌄ Narrowed By:

7.

### vehic! or auto or automobile or car or traffic /50 back or spin! or lumbar or verteb! or disc /5 injur! or break! or brok! or strain! or pain or surg! or herniat!

Lexis+® | Legal Search | -None- | 15 Apr 2026 04:27:57 a.m. EDT

**Content Type:** Cases

**Terms:** vehic! or auto or automobile or car or traffic /50 back or spin! or lumbar or verte…

⌄ Narrowed By:

8.

### vehic! or auto or automobile or car or traffic /50 back or spin! or lumbar or verteb! or disc /5 injur! or break! or brok! or strain! or pain or surg! or herniat!

Lexis+® | Legal Search | -None- | 15 Apr 2026 04:27:03 a.m. EDT

**Content Type:** Cases

**Terms:** vehic! or auto or automobile or car or traffic /50 back or spin! or lumbar or verte…

⌄ Narrowed By:

‹ **1** ›

About

**Customer Support**

Privacy Policy

Live Chat Support

Processing Notice

On Demand Training

Copyright © 2026 LexisNexis.

Cookie Policy

1-800-543-6862

Terms & Conditions

Case 1:24-cv-00037-MR    Document 106-4    Filed 06/09/26    Page 13 of 13